1

HARVEY P. SACKETT (72488)

2

**SACKETT**
**AND ASSOCIATES**

3

A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue

4

Post Office Box 5025
San Jose, California 95150-5025

5

Telephone: (408) 295-7755
Facsimile: (408) 295-7444

6

7

/ne

8

Attorney for Plaintiff

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

CARMELLA A. LONGSTAFF,              ) Civil No. 05 01740 PVT
                                    )
13

                 Plaintiff,         )
                                    )
14

v.                                  ) STIPULATION AND ORDER
                                    )
15

JO ANNE B. BARNHART,                )
Commissioner, Social Security       )
16

Administration,                     )
                                    )
17

                 Defendant.         )
                                    )
18

                                    )
                                    )
19

20

        Plaintiff and Defendant, through their respective attorneys,

21

hereby stipulate that Plaintiff shall have a second extension of

22

time up through and including Monday, October 10, 2005 in which

23

to e-file her Motion for Summary Judgment.  This extension is

24

necessitated by the number of other cases Plaintiff's counsel

25

currently has before the district court that also require

26

briefing.

27

28

1

STIPULATION AND ORDER

1

2
                                               _____

3
                                               KEVIN V. RYAN
                                               United States Attorney

4

5

6
Dated: September 7, 2005                /s/_____
                                               SARA WINSLOW

7
                                               Assistant U.S. Attorney

8

9

10
Dated: September 6, 2005                /s/_____
                                               HARVEY P. SACKETT

11
                                             Attorney for Plaintiff
                                             CARMELLA A. LONGSTAFF

12

13
IT IS SO ORDERED.

14

15
Dated: *9/19/05*                             */s/ Patricia V. Trumbull*

16
                                            Hon. PATRICIA V. TRUMBULL
                                             U.S. District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER