1  HARVEY P. SACKETT (72488)
2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /ne
8  Attorney for Plaintiff
9
10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12 CARMELLA A. LONGSTAFF,          ) Civil No. 05 01740 PVT
                                   )
13             Plaintiff,          )
                                   )
14 v.                              ) STIPULATION AND ORDER
                                   )
15 JO ANNE B. BARNHART,            )
   Commissioner, Social Security  )
16 Administration,                 )
                                   )
17             Defendant.          )
                                   )
18                                 )
   _____)
19
20     Plaintiff and Defendant, through their respective attorneys,
21 hereby stipulate that Plaintiff shall have a third and final
22 extension of time up through and including Wednesday, November 9,
23 2005 in which to e-file her Motion for Summary Judgment.  This
24 extension is necessitated by the number of other cases
25 Plaintiff's counsel currently has before the district court that
26 also require briefing.
27
28

                                   1
STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: October 11, 2005             /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney



Dated: October 7, 2005              /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    CARMELLA A. LONGSTAFF


IT IS SO ORDERED.



Dated: 10/11/05                     _____
                                    Hon. PATRICIA V. TRUMBULL
                                    U.S. District Judge
```

STIPULATION AND ORDER                               2