UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMELLA A. LONGSTAFF,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No.: C 05-1740 PVT<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED AS UNOPPOSED** |

On November 9, 2005, Plaintiff filed a motion for summary judgment.[1] Defendant's opposition was due by December 9, 2005. As of the date of this order, Defendant has filed neither an opposition, nor any stipulation or request for additional time to file the opposition. Based on the file herein,

IT IS HEREBY ORDERED that no later than February 21, 2006, Defendant shall file a declaration showing cause, if any, why Plaintiff's motion should not be granted as unopposed.

Dated: *2/8/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*