UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMELLA A. LONGSTAFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART, Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | Case No.: C 05-1740 PVT<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED AS UNOPPOSED** |

On November 9, 2005, Plaintiff filed a motion for summary judgment.[1] Defendant's opposition was due by December 9, 2005. On February 8, 2006, this court issued an Order to Show Cause Why Plaintiff's Motion for Summary Judgment Should Not Be Granted as Unopposed. That same day Plaintiff filed a Stipulation and [proposed] Order of Remand, which appears to have been signed by the parties on December 6, 2005, before Defendant's opposition was due. Based on the file herein,

　　　IT IS HEREBY ORDERED that the Order to Show Cause is hereby DISSOLVED.

Dated: *2/9/06*

　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

Order, *page 1*