1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
   Telephone: (408) 295-7755
6  Facsimile:  (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  CARMELLA A. LONGSTAFF,        )  No.: 05 01740 PVT
                                  )
13           Plaintiff,            )
                                  )
14                                )
    v.                            )  STIPULATION AND ORDER OF
15                                )  REMAND
                                  )
16  JO ANNE B. BARNHART,          )
    Commissioner,                 )
17  Social Security Administration,)
                                  )
18                                )
             Defendant.            )
19  _____ )

20

21       The parties stipulate that this matter shall be reversed and remanded to the

22  Commissioner for further administrative proceedings in accordance with the following:

23       1.  Upon remand, the Administrative Law Judge ("ALJ") shall reevaluate all of

24  the medical evidence of record, including but not limited to, the declaration from Dr.

25  Frederick P. Benson.

26       2.  The ALJ shall give further consideration to the treating source opinions of Dr.

27  Ronald Fujimoto and Dr. Kelly Nix in accordance with 20 C.F.R. § 404.1527 (2005),

28

STIPULATION AND ORDER OF REMAND

Social Security Rulings 96-2p, 96-5P, and 96-6p, and explain the weight given to such opinion evidence.

     3.   If the ALJ determines that Longstaff cannot perform her past relevant work, the ALJ shall obtain supplemental evidence from a vocational expert to determine the effect of the assessed limitations on Longstaff's ability to perform alternate occupations, if any, and the remaining occupational base. The hypothetical questions should reflect the specific limitations established by the record as a whole.

     4.   The ALJ shall render specific findings of fact regarding Longstaff's subjective complaints in accordance with Social Security Ruling 96-7p (SSR 96-7p).

Dated: December 6, 2005

     /s/_____
     SARA WINSLOW
     Assistant U.S. Attorney

Dated:  December 6, 2005

     /s/_____
     HARVEY P. SACKETT
     Attorney for Plaintiff
     CARMELLA A. LONGSTAFF

IT IS SO ORDERED.

Dated:  2/9/06

     Hon. PATRICIA V. TRUMBULL
     United States Magistrate Judge

STIPULATION AND ORDER OF REMAND