```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7260
       Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMELLA A. LONGSTAFF,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 05-01740 PVT<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

    1. Defendant shall pay FOUR THOUSAND FOUR HUNDRED DOLLARS ($4,400.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

HARVEY P. SACKETT<br>
P.O. BOX 5025<br>
SAN JOSE, CA 95150-5025<br>
(408) 295-7755;  FAX:  7444<br>
hps@hpspc.com; lucyc@sackettlaw.com

    2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1  Act.

2      3. Payment of the FOUR THOUSAND FOUR HUNDRED DOLLARS ($4,400.00) EAJA

3  fees incurred in this court action, will constitute a complete release from and bar to any and all

4  claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the

5  EAJA, or costs as a result of this court action.

Dated: May 30, 2006                      /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff

                                        KEVIN V. RYAN
                                        United States Attorney

Dated: June 1, 2006                     By:    /s/
                                        SARA WINSLOW
                                        Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  6/6/06

                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

LONGSTAFF, EAJA STIP (sb)
C 05-01740 PVT                             2