HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELLA A. LONGSTAFF | ) Civil No. C 05-01740 PVT |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that subject to the court's approval, the Motion Hearing scheduled for November 6, 2007 at 10:00 a.m. shall be taken off calendar, and the Party Motion for Attorney's Fees (42 U.S.C. § 406(b)) be deemed submitted on the respective pleadings.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: September 20, 2007 | /s/<br>SHEA L. BOND<br>Assistant Regional Counsel |
| Dated: September 20, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CARMELLA A. LONSTAFF |

IT IS SO ORDERED.

Dated: 9/21/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND ORDER

2